JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERI D. JOHNSON, | ) | Case No. CV 06-428-OP |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

///
///
///

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Thus, Michael J. Astrue is substituted for Commissioner JoAnne B. Barnhart pursuant to Federal Rule of Civil Procedure 25(d)(1).

1     IT IS ADJUDGED that Judgment be entered granting Plaintiff's Petition for
2 Writ of Mandamus, and remanding the matter to the Social Security
3 Administration for disposition consistent with this opinion.

DATED: March 19, 2008

HONORABLE OSWALD PARADA
United States Magistrate Judge